■ KRISTIN O'BRIEN, an Infant, by Her Father and Natural Guardian, RICHARD M. O'BRIEN, Appellant, v ALTMAR PARISH et al., Respondents.—Order unanimously affirmed, without

costs, for reasons stated in memorandum decision at Special Term, Tenney, J. (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—summary judgment.) Present— Dillon, P. J., Hancock, Jr., Callahan, Pine and Schnepp, JJ.